■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v PATRICK RYDER, Respondent.—Appeal by the People from an order of the Supreme Court, Nassau County (Santagata, J.), dated April 8, 1991.

Ordered that the order is affirmed for reasons stated by Justice Santagata at the Supreme Court. Balletta, J. P., O'Brien, Copertino and Pizzuto, JJ., concur.